George W. **CHRISTIAN**, Appellant, v. **ARMOUR & COMPANY.**

No. 10333.

Circuit Court of Appeals, Eighth Circuit.

Dec. 5, 1935.

William R. Donham and Tom W. Campbell, both of Little Rock, Ark., for appellant.

George B. Rose, J. F. Loughborough, A. W. Dobyns, A. F. House, and J. W. Barron, all of Little Rock, Ark., and C. W. Norton, of Forrest City, Ark., for appellee.

PER CURIAM.

Appeal dismissed, at costs of appellant, but without taxation of attorney's docket fee in favor of appellees, per stipulation of parties.

James F. **CHURCHILL**, etc., et al., Appellants, v. Galen H. **WELCH**, Collector of Int. Revenue, etc., Appellee.

No. 8181.

Circuit Court of Appeals, Ninth Circuit.

April 24, 1936.

For opinion below, see 12 F.Supp. 174.

Johnson & Johnston and Philip D. Johnston, all of Los Angeles, Cal., for appellants.

Peirson M. Hall, U. S. Atty., E. H. Mitchell, Sp. Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**CITY OF CŒUR D'ALENE, IDAHO**, et al., Appellants, v. **WASHINGTON WATER POWER COMPANY**, a Corporation, Appellee.

No. 8095.

Circuit Court of Appeals, Ninth Circuit.

April 16, 1936.

W. B. McFarland and C. H. Potts, both of Cœur d'Alene, Idaho, for City of Cœur d'Alene and others.

James W. Morris, Asst. Atty. Gen., Alexander Holtzoff and John W. Scott, Sp. Assts. to Atty. Gen., and Jerome N. Frank, Counsel for Federal Emergency Administrator of Public Works, of Washington, D. C., for appellant Ickes, etc.

John P. Gray, W. F. McNaughton, and Robert H. Elder, all of Cœur d'Alene, Idaho, and A. J. G. Priest, of New York City, for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of appellants, and good cause therefor appearing, ordered appeal in above cause dismissed, without costs to either party; mandate forthwith.